UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                             :

HISEULY ABREU as Parent and Natural Guardian of  :
J.D.,                                        :

                     Plaintiff,      :             26-CV-5341 (JMF)

          -v-                   :                ORDER

                                   :
KAMAR H. SAMUELS et al.,          :

                    Defendants.    :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 26, 2026, this case was assigned to the undersigned.  Thereafter, the Court learned that it was just one of dozens filed by the Liberty & Freedom Legal Group on behalf of students enrolled in the International Institute of the Brain ("iBrain") that appear to involve common questions of law and fact.  Accordingly, the Court is inclined to consolidate this case with *Donohue v. Samuels*, No. 26-CV-5329 (JMF), and the others, at least for the purposes of resolving any pending motions for emergency relief.  *See* FED. R. CIV. P. 42.  On June 28, 2026, the Court shared that inclination with counsel in *Donohue*, directed counsel to address the issue of consolidation in letters to be filed on June 29, 2026, and scheduled a conference for June 30, 2025, at 11:15 a.m.  *See Donohue v. Samuels*, No. 26-CV-5329 (JMF), ECF Nos. 11, 13.  On June 29, 2026, Plaintiff's counsel in *Donohue* advised that he does not oppose consolidation.  *See id.*, ECF No. 14.  In light of the foregoing, and unless and until the Court orders otherwise, the deadlines previously set in this case, *see* ECF No. 10, are hereby vacated.  Should any party in *this* case wish to be heard separately as to these matters (apart from being heard at the June 30, 2026 conference), that party shall file a letter motion, not to exceed one page, seeking leave to file a letter and explaining the need to do so.

      SO ORDERED.

Dated: June 29, 2026
      New York, New York                _____
                                         JESSE M. FURMAN
                                      United States District Judge